616

██ Submitted November 5, 1981. Maxine J. Stotland, Assistant District Attorney, for Commonwealth, appellant; Elaine DeMasse, Assistant Public Defender, for appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.

POPOVICH, J., filed a memorandum concurring statement.

---

442 A.2d 338

Commonwealth v. Robinson, Appellant.
Petition for Allowance of Appeal Denied May 11, 1982.

██ Argued December 16, 1981. S. Robert Levant, for appellant; Gail Thackery, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.

---

444 A.2d 1303

Commonwealth v. Scott, Appellant.
Reargument Denied May 18, 1982.

 Argued September 21, 1981. Francis M Socha, Assistaat Public Defender, for appellant; William A. Behe, Deputy district Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Judgment of sentence affirmed.

442 A.2d 339

Commonwealth v. Scott, Appellant.

██ Submitted March 4, 1981. Albert J. Flora, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.

442 A.2d 339

Commonwealth v. Seeley, Appellant.